# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

130712

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JALAL YAHIA-ALI SAEED,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130712
COA: 267826
Branch CC: 01-067317-FH

On order of the Court, the application for leave to appeal the February 24, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

_____
Clerk

p0724